From: Charles D. Bunton
Allred Unit, TDC#1143771
2101 FM 369 North
Iowa Park, TX 76367

April 6, 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 10 2015

Abel Acosta, Clerk

To: Court of Criminal Appeals of Texas
P.O. Box 12308, Capitol Station
Austin, Texas 78711

RE: EX PARTE CHARLES BUNTON NO. D-1-DC-02-9024242-G.

Dear Clerk:

Enclosed for filing is "Applicant's Objections to Findings of Fact, Recommendation, and Order To Transmit Habeas Corpus Record (Post-Conviction Writ Application)".

A copy was forwarded by Applicant to both the 299th District Court of Travis County to Velva L. Price, District Clerk, Travis County and a copy was mailed to District Attorney of Travis County, Texas. Please file the enclosed objections in the above-styled application for post conviction writ of habeas corpus, which is still pending in your Court of Criminal Appeals of Texas.

Thank you, for your kind assistance in this matter.

Sincerely,
Charles Bunton
Applicant

NO. D-1-DC-02-9024242-G

EX PARTE

§ IN THE COURT OF CRIMINAL
§
§
§
CHARLES DOUGLAS BUNTON          § APPEALS OF TEXAS
§

APPLICANT'S OBJECTIONS TO
FINDINGS OF FACT, RECOMMENDATION, AND
ORDER TO TRANSMIT HABEAS CORPUS RECORD
(POST-CONVICTION WRIT APPLICATION)

TO THE HONORABLE JUDGES OF SAID COURT:

NOW COMES the Applicant in the Above numbered and styled cause, and respectfully files the following objections:

OBJECTION TO FINDINGS OF FACT
AND CONCLUSIONS OF LAW 1. at 1.

Applicant objects because the indictment was graded - the "level of felony offense" or "degree of felony offense" was graded as a "third degree felony" at the Grand Jury level, see Clerks Office records VOLUME 1394 at Page 512. See also Mem. of Law at 4.

OBJECTION TO FINDINGS OF FACT
AND CONCLUSIONS OF LAW 3. at 1.

Applicant objects here because this is where a critical fact is kept out of the appellate record: The Texas Legislature requires the degree of offense to be reflected in the Judgment and Sentence, see Mem. of Law at 2-3 and 11.07 Application at 6-7.

1 OF 3

## OBJECTION TO FINDINGS OF FACT
## AND CONCLUSIONS OF LAW 10. at 3.

Applicant objects because not one of the previous 6 applications "complains" that the Court of Appeals wrongfully affirmed the applicant's conviction." This issue of applicant learning of what degree of felony is reflected in the Judgment of Sentence is not the issue: The issue is "The Court of Appeals wrongly affirmed applicant's third degree felony conviction when it affirmed a state jail felony conviction." There is no other issue besides this one.

## OBJECTION TO FINDINGS OF FACT
## AND CONCLUSIONS OF LAW 1. at 3.

Applicant objects to CONCLUSIONS OF LAW 1. at 3 because the instant application is entirely with merit on its sole ground and "Article 11.07 Sec. 4(a)(1) and Article 11.07, Sec. 4(c) allows this subsequent 11.07 application to avoid a Section 4 bar by establishing that a factual basis now exists that was unavailable to the applicant when he filed his initial post-conviction writ application. See Mem. of Law at 1-7.

Also, applicant objects because this sole issue in the 11.07 application #7 has never been litigated on direct appeal and applicant points out that this issue would not appear until after direct appeal was over and the mandate issued. On direct appeal, applicant's third degree felony was not affirmed — a state jail felony was affirmed and the conviction in the Judgment and Sentence is for a third degree felony — not a state jail.

## PRAYER

Applicant prays that the Court of Criminal Appeals ORDERS that the Travis County District Clerk prepare and transmit the Grand Jury Indictment Records from the 147th District Court, found at VOLUME 1394 / PAGE 512 and the JUDGMENT AND SENTENCE, found at VOLUME 1494 / PAGE 322 to the Court of Criminal Appeals so that relief requested in pending 11.07 can be GRANTED. See Mem. Of Law at 7.

Respectfully Submitted,
Charles Bunton, Applicant

Allred Unit, #1143771
2101 FM 369 North
Iowa Park, Texas 76367

## CERTIFICATE OF SERVICE

I Charles Bunton, applicant swears under penalty of perjury that a correct copy of this APPLICANT'S OBJECTIONS TO FINDINGS OF FACT, RECOMMENDATION, AND ORDER TO TRANSMIT HABEAS CORPUS RECORD (POST-CONVICTION WRIT APPLICATION) was mailed by U.S. Mail to both 299th District Court of Travis County to Velva L. Price, District Clerk, Travis County, P.O. BOX 679003, Austin, Texas 78767-9003 and to District Attorney, Travis County, P.O. BOX 1748, Austin, TX 78767 on this 6th day of April 2015.